UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,

                                      Case No. 91-CR-80760
                                      HON. GEORGE CARAM STEEH
vs.

VERNESSA WILSON,

        Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR EXPUNGEMENT

Defendant Vernessa Wilson, appearing pro se, has filed a second motion that her criminal record be expunged on the basis that she has lived a model Christian life since her probation ended. In 1992, Wilson pled guilty to 18 U.S.C. § 1029(a), defrauding traffic in unauthorized access devices, and received a sentence of three years probation and a $5,000 fine. Wilson states that since her probation ended she has been a law abiding citizen, has raised six foster children, and volunteers at an adult foster care home. She claims that without an expungement, she will not be able to further her service in adult foster care. While the Court is sympathetic to Wilson's situation, she has not cited any authority for expungement of her conviction and the Court is aware of none. Accordingly, Wilson's order to expunge her record hereby is DENIED.

      SO ORDERED.

Dated: May 18, 2009

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 18, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk